UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD HAHN, as Special Administrator for the Estate of BARBARA HAHN, <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, <br><br> Defendant. | Case No.: 1:22-cv-02016-MG-TWP |

## AGREED DISMISSAL ORDER

**IT IS HEREBY ORDERED**, pursuant to the Parties' foregoing Stipulation for Dismissal with Prejudice, the above entitled matter is hereby dismissed, in its entirety and with prejudice. Each party to bear its own costs and attorney's fees.

Date: 2/25/2025

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
All Counsel of Record via ECF